Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68514.—Multivox Corp. of America and M. Hohner, Inc. v. United States, protests 60/17352 and 63/3819 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of Excelsior Accordions, Inc. v. United States (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

No. 68515.—M. Hohner, Inc., and R. H. Macy & Co., Inc. v. United States, protests 62/17727 and 63/831 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of Excelsior Accordions, Inc. v. United States (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

No. 68516.—Multivox Corp. of America v. United States, protest 63/15056 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of Excelsior Accordions, Inc. v. United States (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

No. 68517.—Panation Trade Co. and W. J. Byrnes & Co. of NY, Inc. v. United States, protest 60/22952 (New York).